UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DARIUS ASSENT,

                Plaintiff,

      - against -

CLUB WYNDHAM MIDTOWN 45,

                Defendant.

25-cv-8755 (JGK)

Order

---

**John G. Koeltl, District Judge:**

The deadline for the plaintiff to respond to the defendant's motion to dismiss was **June 19, 2026**. That date has passed, and no response has been filed. The time for the plaintiff to respond is therefore extended to **July 10, 2026**. The time for the defendant to reply is extended to **July 24, 2026**. If the plaintiff fails to respond by July 10, 2026, the motion will be decided on the current papers.

The Clerk is respectfully requested to email a copy of this Order to the pro se plaintiff at darius1xa@gmail.com.

SO ORDERED.

Dated:     New York, New York
           June 26, 2026

                              John G. Koeltl
                        United States District Judge