UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARIUS ASSENT,

Plaintiff,

- against -

CLUB WYNDHAM MIDTOWN 45,

Defendant.

25-cv-8755 (JGK)

Order

John G. Koeltl, District Judge:

The pro se plaintiff in this case has filed an application for leave to proceed in this Court without prepayment of fees. See ECF No. 27. However, the Court has already granted the plaintiff such leave. See ECF No. 7. The plaintiff's subsequent application is therefore **denied as moot**.

The Clerk is respectfully requested to email a copy of this Order to the pro se plaintiff at darius1xa@gmail.com.

SO ORDERED.

Dated: New York, New York
July 14, 2026

John G. Koeltl
United States District Judge