**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**DARIUS ASSENT,**

**Plaintiff,**

**- against -**

**CLUB WYNDHAM MIDTOWN 45,**

**Defendant.**

---

**25-cv-8755 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The Court previously extended the time for the pro se plaintiff to respond to the defendant's motion to dismiss (ECF No. 21) to July 10, 2026. See ECF No. 24. The Court also noted that failure to respond by that deadline would result in the motion being decided on the current papers. See id. The July 10, 2026, deadline has passed, and no response has been filed. Therefore, the motion will be decided on the current papers.

The defendant is directed to provide Chambers will physical courtesy copies of all papers filed in connection with its motion to dismiss.

The Clerk is respectfully requested to email a copy of this Order to the pro se plaintiff at darius1xa@gmail.com.

**SO ORDERED.**

**Dated: New York, New York**
**July 16, 2026**

**John G. Koeltl**
**United States District Judge**