**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**DARIUS ASSENT,**

**Plaintiff,**

**- against -**

**CLUB WYNDHAM MIDTOWN 45,**

**Defendant.**

---

**25-cv-8755 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

On July 16, 2026, the Court entered an order noting the pro se plaintiff's failure to timely file his opposition to the defendant's motion to dismiss (ECF No. 21). See ECF No. 29. On July 17, 2026, the plaintiff filed his opposition brief. See ECF No. 30. The Court will deem the plaintiff's opposition brief to be timely filed. The defendant's time to reply is extended to **July 27, 2026**. Once the motion is fully briefed, the defendant should provide Chambers with physical courtesy copies of all papers filed in connection with its motion

The Clerk is respectfully requested to email a copy of this Order to the pro se plaintiff at darius1xa@gmail.com.

**SO ORDERED.**

**Dated:** **New York, New York**
**July 20, 2026**

**John G. Koeltl**
**United States District Judge**