**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DARIUS ASSENT,

Plaintiff,

-against-

25 **CIVIL** 8755 (JGK)

**JUDGMENT**

CLUB WYNDHAM MIDTOWN 45,

Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated October 12, 2026, the Court has considered all arguments raised by the parties. To the extent not specifically addressed, the arguments are either moot or without merit. The defendant's motion to dismiss is granted and the complaint is dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
October 14, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**